U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2025

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So Ordered.

_____
Robert W. Lehrburger, USMJ
March 12, 2025

Re:   *United States v. Tevan Foster*, 25 Mag. 513

Dear Judge Aaron:

The Government writes to clarify the preliminary hearing date set in the above-captioned matter.

Tevan Foster, the defendant, was presented on February 13, 2025, before this Court. At the presentment, Mr. Foster, through counsel, waived his preliminary hearing to the 30th day. The Court then set a preliminary hearing date of March 13, 2025. Pursuant to Federal Rule of Criminal Procedure 45(a)(1)(C), however, the 30th day from February 13, 2025, is Monday, March 17, 2025.

The Government respectfully requests that the Court issue an order correcting the date of the preliminary hearing to March 17, 2025. Counsel for Mr. Foster consents to this request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: _____
Angela Zhu
Assistant United States Attorney
(212) 637-1027

CC:   Jonathan Marvinny, Esq. (by ECF)